IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **CRISTIN LLEWELLYN, et al.,**<br>　　　　　　　　　　　　**Plaintiffs,**<br><br>**vs.**<br><br>**CARRINGTON MORTGAGE SERVICES, LLC, et al.,**<br>　　　　　　　　　　　　**Defendants.** | Case Number: 21-CV-00850 GAF |

## NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC ONLY

Comes now Plaintiffs Cristin Llewellyn and Christopher Ciesiel, by and through therr undersigned counsel, and hereby notifies the Court that the above-captioned lawsuit has been settled with Defendant Trans Union LLC only. Plaintiffs further state:

1. Plaintiffs are Cristin Llewellyn and Christopher Ciesiel; Defendants are Carrington Mortgage Services, LLC, Equifax Information Services LLC; Experian Information Solutions, Inc.; and Trans Union LLC.

2. Plaintiff sued Defendants for alleged violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq*.

3. This case was removed to federal court on December 6, 2021 (Doc. 1).

4. Plaintiffs have reached a settlement in principle with Defendant Trans Union LLC only.

5. Plaintiffs anticipate filing a Notice of Dismissal of Defendant Trans Union LLC only within 45 days.

Dated: April 19, 2022

Respectfully submitted,

By: /s/ Michael H. Rapp
A.J. Stecklein #46663
Michael H. Rapp #66688
Matthew S. Robertson #70442
Samuel E. Miller #72939
Stecklein & Rapp Chartered
748 Ann Avenue, Suite 101
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: AJ@KCconsumerlawyer.com
MR@KCconsumerlawyer.com
MSR@KCconsumerlawyer.com
SM@KCconsumerlawyer.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on April 19, 2022, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ Michael H. Rapp
Michael H. Rapp #66688