# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CRISTIN LLEWELLYN and CHRISTOPHER CIESIEL,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>CARRINGTON MORTGAGE SERVICES,  )<br>LLC, et al.,  )<br>)<br>Defendants.  ) | Case No. 21-00850-CV-W-GAF |

## JUDGMENT IN A CIVIL ACTION

☐     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

*By Court Order entered February 16, 2022 (Doc. #39):*

Defendant Carrington Mortgage Services, LLC's Motion to Dismiss (Doc. #23) denied;

*By Court Order entered April 29, 2022 (Doc. #57):*

The FCRA imposes different standards for accurate reporting on CRAs than it does on loan servicers, creditors, or furnishers of information. Plaintiffs do not contest that their mortgage payment was late and Carrington was in a better position to investigate the alleged inaccuracy at issue. As no material question of fact remains, Equifax is entitled to Judgment on the Pleadings on Count I. The remaining CRAs—Trans Union and Experian—have not joined the Motion, so this order applies only to Equifax and the claim survives with respect to the other CRAs. For these reasons and other reasons stated herein, Defendant Equifax Information Services LLC's Motion for Judgment on the Pleadings (Doc. #41) is GRANTED.

*By Court Order entered November 17, 2022 (Doc. #90):*

The FCRA imposes different standards for accurate reporting on CRAs than it does on loan servicers, creditors, or furnishers of information. Plaintiffs do not contest that their mortgage payment was late and Carrington was in a better position to investigate the alleged

inaccuracy at issue. As no material question of fact remains, Experian is entitled to judgment on the pleadings on Count I. But Plaintiffs have not engaged in sanctionable conduct, and Experian is not entitled to reimbursement for its costs and fees associated with filing the Motion. For these reasons and other reasons stated herein, Experian's Motion for Judgment on the Pleadings is GRANTED on the merits but its request for sanctions is DENIED.

*By Court Order entered March 31, 2023 (Doc. # 122):*

The uncontroverted facts establish Plaintiffs cannot maintain a § 1681s-2(b) claim against Defendant. Alternatively, Plaintiffs' alleged damages do not arise from Defendant's alleged violation of § 1681s-2(b) and Plaintiffs are without evidence to support a willfulness claim. For these reasons and other reasons stated herein, Defendant Carrington Mortgage Services, LLC's Motion for Summary Judgment is GRANTED.

| | | |
|---|---|---|
| Dated: | March 31, 2023 | PAIGE WYMORE-WYNN<br>Clerk of Court |
| Entered: | March 31, 2023 | /s/ Lisa Mitchell<br>(By) Deputy Clerk |